# PD-0697-15

CAUSE NO. _____

| | | |
|---|---|---|
| Scott Richard Thornton | § | In the Texas Court of |
| vs. | § | Criminal Appeals |
| The State of Texas | § | at Austin, Texas |

On Appeal from the Fifth Court of Appeals
in Cause No. 05-14-00916-CR

Appellant's Motion to Extend the
Time for Filing a Petition for Discretionary Review

To the Honorable Judges of said Court:

Comes now Appellant, and respectfully requests that the time for filing a Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion Appellant would show:

1. On April 29, 2015, Appellant's conviction was affirmed by the Fifth Court of Appeals in Cause No. 05-14-00916-CR styled Scott Richard Thornton v. The State of Texas.

2. The present deadline for filing a Petition for Discretionary Review is May 29, 2015. Appellant respectfully requests an extension of time until July 29, 2015.

3. No previous extension of time has been granted.

4. Appellant would show the Court that a reasonable explanation exists for the requested extension. Appellant is currently incarcerated in the Texas Department of Criminal Justice and has limited legal knowledge.

1.

Appellant must go to the unit law library to research and draft the issues.

Wherefore, premises considered, Appellant respectfully requests that the time for filing a Petition for Discretionary Review be extended to July 29, 2015.

Respectfully submitted,

Scott Thornton, Appellant #1940344
Jester 3 Unit
3 Jester Road
Richmond, Texas 77406-8544

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Dallas County District Attorney's Office, by electronic EFILE service, or ecf on this the 23rd day of May 2015:

Dallas County District Attorney's Office
Appellate Division
133 N. Riverfront Blvd., LB 19
Dallas, Texas 75207

Scott Thornton, Appellant #1940344

2.